IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JACKSON HEWITT TAX SERVICE INC.<br>f/k/a JHTS Inc. | : | Case No. 11-11587 (___) |
| 3 Sylvan Way 3rd Floor<br>Parsippany, NJ 07054 | : | |
| Debtor. | : | Tax I.D. No. 20-0779692 |

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JACKSON HEWITT INC.<br>f/k/a Copy, Pack & Ship | : | Case No. 11-11588 (___) |
| 3 Sylvan Way 3rd Floor<br>Parsippany, NJ 07054 | : | Tax I.D. No. 54-1349705 |
| Debtor. | : | |

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JACKSON HEWITT TECHNOLOGY SERVICES LLC<br>f/k/a Jackson Hewitt Technology Services Inc. | : | Case No. 11-11589 (___) |
| 501 N. Cattlemen Rd.<br>Sarasota, FL 34232 | : | Tax I.D. No. 76-0812409 |
| Debtor. | : | |

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                    :   Chapter 11
                                          :
TAX SERVICES OF AMERICA, INC.             :   Case No. 11-11590 (___)
                                          :
                                          :
3 Sylvan Way 3rd Floor                    :
Parsippany, NJ 07054                      :
                                          :
                                          :
                                          :   Tax I.D. No. 22-3677427
             Debtor.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :   Chapter 11
                                          :
JACKSON HEWITT CORPORATE                  :   Case No. 11-11591 (___)
SERVICES INC.                             :
                                          :
3 Sylvan Way 3rd Floor                    :
Parsippany, NJ 07054                      :
                                          :
                                          :   Tax I.D. No. 76-0812415
             Debtor.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :   Chapter 11
                                          :
HEWFANT INC.                              :   Case No. 11-11592 (___)
                                          :
3 Sylvan Way 3rd Floor                    :
Parsippany, NJ 07054                      :
                                          :
                                          :   Tax I.D. No. 54-1640545
             Debtor.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DEBTORS' MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION UNDER FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1 AND WAIVING REQUIREMENTS OF FED. R. BANKR. P. 2002(n)**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby move (the "Motion") this Court for entry of an order, under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"),

providing for the joint administration of the Debtors' separate chapter 11 cases for procedural purposes only and seeking a waiver of the requirements under Bankruptcy Rule 2002(n) that the captions and certain notices in these chapter 11 cases list the Debtors' full tax identification numbers and any other names used by Debtors in the previous eight years. In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Daniel P. O'Brien, Chief Financial Officer of Jackson Hewitt Tax Service Inc., in Support of Chapter 11 Petitions and First Day Pleadings (the "O'Brien Declaration"), filed with the Court concurrently herewith. In further support of the Motion, the Debtors respectfully represent:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. The legal predicates for the relief requested herein are Bankruptcy Rule 1015(b) and Local Rule 1015-1.

## BACKGROUND

3. On the date hereof, the Debtors filed voluntary petitions in this Court for relief under title 11 of the United States Code (the "Bankruptcy Code"). The factual background regarding the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these bankruptcy cases, is set forth in detail in the O'Brien Declaration. The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

## RELIEF REQUESTED

4. By this Motion, the Debtors seek entry of an order (i) consolidating the Debtors' chapter 11 cases for procedural purposes only under Bankruptcy Rule 1015(b) and Local Rule 1015-1, and (ii) waiving the requirement in Bankruptcy Rule 2002(n) that the Debtors' caption and certain notices contain the Debtors' full tax identification numbers and any other names used by the Debtors in the previous eight years.

## BASIS FOR RELIEF

5. Bankruptcy Rule 1015(b) provides that if two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order joint administration of the estates of the debtor and such affiliates. Fed. R. Bankr. P. 1015(b). Local Rule 1015-1 provides that an order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Bankruptcy Rule 1015, supported by an affidavit, which establishes that the joint administration of two or more cases pending in this Court is warranted and will ease the administrative burden for the Court and the parties. Del. Bankr. L.R. 1015-1.

6. The Debtors in these proceedings include Jackson Hewitt Tax Service Inc. ("Jackson Hewitt"), and five of its subsidiaries (the "Subsidiary Debtors"). Jackson Hewitt is the direct or indirect parent of the Subsidiary Debtors. As such, Jackson Hewitt and the Subsidiary Debtors are "affiliates" as that term is defined in Bankruptcy Code section 101(2) and as used in Bankruptcy Rule 1015(b). Accordingly, joint administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b) and Local Rule 1015-1.

7.      Moreover, the joint administration of the Debtors' chapter 11 cases will permit the Clerk of the Court to use a single general docket for each of the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates.

8.      Joint administration will save time and money and avoid duplicative and potentially confusing filings by permitting counsel for all parties in interest to (a) use a single caption on the numerous documents that will be served and filed herein and (b) file the papers in one case rather than in multiple cases.  Moreover, joint administration will relieve this Court of the burden of entering duplicative orders and maintaining duplicative files and will ease the burden on the office of the United States Trustee in supervising these bankruptcy cases.

9.      Finally, joint administration will protect parties in interest by ensuring that parties in <u>each</u> of the Debtors' respective chapter 11 cases will be apprised of the various matters before the Court in these cases.

10.     The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these cases inasmuch as the relief sought is purely procedural and is in no way intended to affect substantive rights.  Each creditor and other party in interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or right.  Thus, the Debtors' estates will benefit from the reduced costs as a result of such joint administration.

11.     Accordingly, the Debtors request that the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      :
In re:                                                :   Chapter 11
                                                      :
JACKSON HEWITT TAX SERVICE                            :   Case No. 11-11587 (___)
INC., et al.,                                         :
                                                      :
                        Debtors.¹                     :   Jointly Administered
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

12. Bankruptcy Rule 2002(n), which applies Bankruptcy Rule 1005, provides that the case caption and other notices mailed in these cases should contain certain information, including the full tax identification number of each Debtor and any other names used by the Debtors in the previous eight years. Fed. R. Bankr. P. 2002(n).

13. The Debtors submit that use of this simplified caption without full tax identification numbers and previous names will ensure a uniformity of pleading identification. All pleadings filed and each notice mailed by the Debtors will include a footnote listing all of the Debtors, the last four digits of their tax identification numbers and their addresses. Moreover, the full tax identification numbers and previous names will be listed in the petitions for each Debtor, and such petitions are publicly available to parties in interest at www.jacksonhewittcaseinfo.com or will be provided by the Debtors upon request. Therefore, the Debtors submit that the policies behind the requirements of Bankruptcy Rule 2002(n) have been satisfied.

---

¹ The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc. (2415), and Hewfant Inc. (0545). The address for each of the Debtors, with the exception of Jackson Hewitt Technology Services LLC, is 3 Sylvan Way, Parsippany, NJ 07054. The address for Jackson Hewitt Technology Services LLC is 501 N. Cattlemen Rd., Sarasota, FL 34232.

14. In addition, the Debtors request that the Court make separate docket entries on the docket of each of the Debtors' chapter 11 cases (except that of Jackson Hewitt), substantially as follows:

> An order has been entered in this case consolidating this case with the case of Jackson Hewitt Tax Service Inc., Case No. 11-11587 (___), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 11-11587 (___) should be consulted for all matters affecting this case.

15. An order of joint administration relates to the routine administration of a case and may be entered by the Court in its sole discretion on an <u>ex parte</u> basis. <u>See</u> Del. Bankr. L.R. 1015-1. The relief requested herein is routinely granted in this District. <u>See</u>, e.g., <u>In re Sea Launch Co., L.L.C</u>, Case No. 09-12153 (Bankr. D. Del. June 25, 2009) (BLS); <u>In re VeraSun Energy Corp.</u>, Case No. 08-12606 (BLS) (Bankr. D. Del. Nov. 3, 2008); <u>In re Goody's Family Clothing, Inc.</u>, Case No. 08-11133 (CSS) (Bankr. D. Del. June 9, 2008); <u>In re Powermate Holding Corp.</u>, Case No. 08-10498 (Bankr. D. Del. Mar. 18, 2008) (KG).

16. For these reasons, the Debtors submit that the relief requested herein is in the best interest of the Debtors, their estates, creditors, and other parties in interest and, therefore, should be granted.

**NOTICE**

17. Notice of this Motion shall be given to (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the agent for the Debtors' prepetition lenders; (iii) the Debtors' top thirty (30) largest unsecured creditors on a consolidated basis; and (iv) all parties entitled to notice pursuant to Local Rule 9013-1(m).

## NO PRIOR REQUEST

18. No previous request for the relief sought in this Motion has been made to this Court or any other Court.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated: Wilmington, Delaware

May 24, 2011

/s/ *Mark S. Chehi*
Mark S. Chehi (I.D. No. 2855)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
(302) 651-3001

- and –

Mark A. McDermott
J. Gregory Milmoe
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000

Proposed Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
                                                                     :

In re:                                          :     Chapter 11

JACKSON HEWITT TAX SERVICE INC.   :     Case No. 11-11587 (___)
f/k/a JHTS Inc.

3 Sylvan Way 3rd Floor
Parsippany, NJ 07054

                       Debtor.       :     Tax I.D. No. 20-0779692
------------------------------ x

In re:                                          :     Chapter 11

JACKSON HEWITT INC.              :     Case No. 11-11588 (___)
f/k/a Copy, Pack & Ship

3 Sylvan Way 3rd Floor
Parsippany, NJ 07054
                                                Tax I.D. No. 54-1349705

                       Debtor.
------------------------------ x

In re:                                          :     Chapter 11

JACKSON HEWITT TECHNOLOGY     :     Case No. 11-11589 (___)
SERVICES LLC
f/k/a Jackson Hewitt Technology Services
Inc.

501 N. Cattlemen Rd.
Sarasota, FL 34232                      :     Tax I.D. No. 76-0812409

                     Debtor.       ;
------------------------------ x

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                    :    Chapter 11
                                          :
TAX SERVICES OF AMERICA, INC.             :    Case No. 11-11590 (___)
                                          :
3 Sylvan Way 3rd Floor                    :
Parsippany, NJ 07054                      :
                                          :
                                          :    Tax I.D. No. 22-3677427
              Debtor.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
JACKSON HEWITT CORPORATE                  :    Case No. 11-11591 (___)
SERVICES INC.                             :
                                          :
3 Sylvan Way 3rd Floor                    :
Parsippany, NJ 07054                      :
                                          :    Tax I.D. No. 76-0812415
              Debtor.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :    Chapter 11
                                          :
HEWFANT INC.                              :    Case No. 11-11592 (___)
                                          :
3 Sylvan Way 3rd Floor                    :
Parsippany, NJ 07054                      :
                                          :    Tax I.D. No. 54-1640545
              Debtor.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER DIRECTING JOINT ADMINISTRATION UNDER
FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1
AND WAIVING REQUIREMENTS OF FED. R. BANKR. P. 2002(n)**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order under Bankruptcy Rule 1015(b) and Local Rule 1015-1 (i) directing joint administration of these cases for procedural purposes only and (ii) waiving the requirements under

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

Bankruptcy Rule 2002(n); and upon consideration of the O'Brien Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned chapter 11 cases of the Debtors are consolidated for procedural purposes only and shall be administered jointly in accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1.

3. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------ x
: 
In re: : Chapter 11
: 
JACKSON HEWITT TAX SERVICE : Case No. 11-11587 (___)
INC., et al., :
: 
Debtors.[1] : Jointly Administered
: 
------------------------------ x

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc. (2415), and Hewfant Inc. (0545). The address for each of the Debtors, with the exception of Jackson Hewitt Technology Services LLC, is 3 Sylvan Way, Parsippany, NJ 07054. The address for Jackson Hewitt Technology Services LLC is 501 N. Cattlemen Rd., Sarasota, FL 34232.

4. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Jackson Hewitt Tax Service Inc., Case No. 11-11587 (___).

5. The requirements under Bankruptcy Rule 2002(n) that the full tax identification number of each Debtor and any other names used by Debtors in the previous eight years be contained in the caption and in certain notices is hereby waived.

6. A docket entry shall be made in each of the Debtors' cases (except that of Jackson Hewitt) substantially as follows:

> An order has been entered in this case consolidating this case with the case of Jackson Hewitt Tax Service Inc., Case No. 11-11587 (___), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 11-11587 (___) should be consulted for all matters affecting this case.

7. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
[_____], 2011

_____
UNITED STATES BANKRUPTCY JUDGE

893843-New York Server 1A - MSW