# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re:                      :       Chapter 11
:
JACKSON HEWITT TAX SERVICE   :       Case No. 11-11587 (MFW)
INC., et al.,                :
:
         Debtors.[1]       :       Joint Administration Pending
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. §§ 105(a), 365(a) AND 554 AND FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY EFFECTIVE AS OF THE PETITION DATE

The debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors"), hereby move (the "Motion") this Court for entry of an order,

under sections 105(a), 365(a) and 554 of title 11 of the United States Code (the

"Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), authorizing the Debtors (i) to reject certain unexpired leases of

nonresidential real property set forth on Exhibit A hereto, including any amendments,

modifications, guaranties, or other agreements related thereto (collectively, the "Leases")

located at the addresses listed on Exhibit A hereto (collectively, the "Premises") effective

as of the Petition Date (as defined below), unless previously terminated by agreement and

(ii) to abandon any equipment, furniture, fixtures, and/or any other personal property that

is property of the estate and located at any of the Premises (the "Abandoned Property")

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc. (2415), and Hewfant Inc. (0545). The address for each of the Debtors, with the exception of Jackson Hewitt Technology Services LLC, is 3 Sylvan Way, Parsippany, NJ 07054. The address for Jackson Hewitt Technology Services LLC is 501 N. Cattlemen Rd., Sarasota, FL 34232.

on the Petition Date. In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Daniel P. O'Brien, Chief Financial Officer of Jackson Hewitt Tax Service Inc., in Support of Chapter 11 Petitions and First Day Pleadings (the "O'Brien Declaration"), filed with the Court concurrently herewith. In further support of the Motion, the Debtors respectfully represent:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory and legal predicates for the relief requested herein are Bankruptcy Code sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006.

## BACKGROUND

3. On the date hereof ("Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code. The factual background regarding the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these bankruptcy cases, is set forth in detail in the O'Brien Declaration. The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

## RELIEF REQUESTED

4. By this Motion, the Debtors request entry of an order under Bankruptcy Code sections 105(a) and 365(a) authorizing the Debtors to reject the Leases (including any subleases thereto) effective as of the Petition Date, unless previously terminated by agreement. As discussed below, the Debtors propose to offer the

Landlords, identified on Exhibit A hereto, an opportunity to object to rejection of the Leases as of the Petition Date following entry of an order granting this Motion.[2]

5.        The Debtors further seek (a) authority under Bankruptcy Code sections 105(a) and 554 to abandon to the Landlords any and all Abandoned Property on the Petition Date; and (b) authorization for the Landlords, in their sole discretion and without further notice, to dispose of such Abandoned Property following the Petition Date, without liability to the Debtors or any third parties claiming an interest in such Abandoned Property.

**BASIS FOR RELIEF**

6.        The Debtors are parties to the Leases governing the Premises.  The Premises were previously used by the Debtors in connection with their tax preparation business.  Prior to the Petition Date, the Debtors vacated the Premises and surrendered possession to the Landlords.  Because the Premises are vacant, the Leases are not conferring any benefit upon the Debtors' estates.  The Debtors may continue, however, to be obligated to pay rent under the Leases, even though they have no continuing operations in those locations and no other productive use for those Premises.[3]  As such, the Debtors have determined that the continued maintenance of the lease obligations at the Premises is no longer desirable and the elimination of such lease obligations

---

[2]    The Debtors are currently performing their review and evaluation of other unexpired leases that are not the subject of this Motion.  As this process continues, the Debtors may identify additional leases to be assumed or rejected.  Accordingly, the Debtors reserve the right to seek to assume or reject additional leases in the future.  This Motion should not be construed as a determination that any leases not listed herein are to be assumed or rejected.

[3]    Out of an abundance of caution, the Debtors note that certain of the Leases listed on Exhibit A and included in this Motion may have been terminated prior to the Petition Date.  This Motion has no force or effect with respect to any such terminated Leases.  This Motion is not intended to reinstate or otherwise alter the status of any Lease, and does not mean that any particular Landlord is entitled to damages for rejection thereof.

constitutes a valid exercise of the Debtors' business judgment. The estimated monthly cost of rent under the Leases is approximately $171,361.

7. Based on the foregoing, the Debtors have determined, through an exercise of their business judgment, that the rejection of the Leases is in the best interests of their estates, their creditors and other parties in interest. In considering their options with respect to the Leases, the Debtors will be relieved from their obligations to pay rent, as well as certain other costs including, but not limited to, taxes, insurance, utilities, maintenance, operating expenses and other future related charges associated with the Leases.

8. Thus, by rejecting the Leases at this time, the Debtors will avoid incurring unnecessary administrative charges for facilities that provide no tangible benefit to the Debtors' estates. The resulting savings from the rejection of the Leases will increase the Debtors' future cash flow and assist the Debtors in managing their estates.

9. The Debtors have analyzed each of the Leases to determine the appropriate date of rejection. The Debtors have concluded that, in order to minimize unnecessary potential costs to their estates, the Leases should be rejected as of the Petition Date.

10. The Debtors in each case have vacated the properties that are covered by the Leases, have surrendered possession of the Premises to the Landlords, and have unequivocally notified each Landlord of their intent to abandon the Premises. Moreover, the Debtors agree that they will not withdraw this Motion prior to the hearing. Furthermore, the Debtors have on or before the Petition Date and where applicable, used commercially reasonable efforts to (a) disarm the alarm, transmit alarm codes to the

applicable Landlord, or advise the applicable Landlord in writing that they are unable to provide the alarm codes despite commercially reasonable efforts to do so and (b) return keys to the applicable Landlord or advise the applicable Landlord that the keys cannot be returned despite commercially reasonable efforts to do so (such measures, the "Rejection Measures").

11.     Additionally, the Debtors have determined that the abandonment of the Abandoned Property on the Petition Date is appropriate because such property is of inconsequential value and/or the cost of removing and storing such property exceeds its value to the Debtors' estates.  Moreover, the Debtors believe that, as of the Petition Date, the Abandoned Property no longer will be necessary for the operation of the Debtors' businesses.  Accordingly, the Debtors believe that rejection of the Leases and abandonment of the Abandoned Property as of the Petition Date is in the best interests of their estates, their creditors and other parties in interest.

12.     Rejection of the Leases and abandonment of the Abandoned Property as of the Petition Date will not harm or otherwise prejudice the Landlords, and the Debtors propose to serve any order granting the relief requested in this Motion on the Landlords and provide such Landlords with an opportunity to object to the relief granted therein.

13.     Specifically, the Debtors submit that if any Landlord objects to the relief granted by an order approving this Motion, such Landlord may file a written objection (the "Landlord Objection") and serve it upon counsel for the Debtors and the notice parties listed herein on or before a date and time to be set by the Court (the

"Landlord Objection Deadline").  If a Landlord Objection is filed on or before the Landlord Objection Deadline, the Court will hold a hearing to consider such objection.

## APPLICABLE AUTHORITY

**A.      Rejection of the Leases is a Sound Exercise of the Debtors' Business Judgment**

14.      Bankruptcy Code section 365(a) provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease."  11 U.S.C. § 365(a).  A debtor's determination to reject an executory contract is governed by the "business judgment" standard.  In re HQ Global Holdings, Inc., 290 B.R. 507, 511 (Bankr. D. Del. 2003) (stating that a debtor's decision to reject an executory contract is governed by the business judgment standard and can only be overturned if the decision was the product of bad faith, whim, or caprice).

15.      Once the Debtors articulate a valid business justification, "[t]he business judgment rule 'is a presumption that in making a business decision the directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action taken was in the best interests of the company.'"  Official Comm. of Subordinated Bondholders v. Integrated Res., Inc. (In re Integrated Res., Inc.), 147 B.R. 650, 656 (S.D.N.Y. 1992) (quoting Smith v. Van Gorkom, 488 A.2d 858, 872 (Del. 1985)).

16.      The business judgment rule has vitality in chapter 11 cases and shields a debtor's management from judicial second-guessing.  See Comm. of Asbestos-Related Litigants and/or Creditors v. Johns-Manville Corp. (In re Johns-Manville Corp.), 60 B.R. 612, 615-16 (Bankr. S.D.N.Y. 1986) ("[T]he Code favors the continued operation of a business by a debtor and a presumption of reasonableness attaches to a debtor's management decisions.").

17.     As set forth above, the Debtors clearly have satisfied the "business judgment" standard for rejecting the Leases.  The Leases are financially burdensome and unnecessary to the Debtors' ongoing operations and businesses.  Rejection of the Leases is in the Debtors' best interests because the Debtors are no longer operating at the Premises.  Moreover, the Debtors have reviewed the Leases and have determined that the Leases do not have any marketable value beneficial to the Debtors' estates.  Accordingly, the Debtors have determined that the Leases constitute an unnecessary drain on the Debtors' cash flow and, therefore, rejection of the Leases reflects the Debtors' exercise of sound business judgment.

18.     Finally, rejection of the Leases is appropriate as of the Petition Date.  Under Bankruptcy Code section 365, the Debtors only duty upon rejection is to surrender the Premises.  See 11 U.S.C. § 365(d)(4) (providing that, upon rejection, "the trustee shall immediately surrender [the] nonresidential real property to the lessor").  "Surrender" is not defined in the Bankruptcy Code and has been interpreted by courts differently depending on the facts and circumstances.

19.     Where the debtor is a lessee and no sub-tenancy exists,[4] courts have concluded that providing notice of rejection to the landlord and vacating the premises constitutes surrender of the premises.  Adelphia Bus. Solutions, Inc. v. Abnos, 482 F.3d 602, 608 (2d Cir. 2007) (noting that the bankruptcy court properly considered the fact that the debtor vacated the premises); Chatlos Sys., 147 B.R. at 100 (noting that

---

[4]     Upon information and belief, none of the Leases involve subleases.  Out of an abundance of caution, however and to the extent there are any, any subleases of any of the Premises subject to the Leases will be likewise rejected upon rejection of the primary Leases.  See Chatlos Sys., Inc. v. Kaplan, 147 B.R. 96, 100 (D. Del. 1992) (holding that rejection of a primary lease results in deemed rejection of any sublease).

surrender is effective if the debtor/lessee in possession of the premises provides notice, vacates the premises and turns the premises over to the landlord).

20.     Here, where applicable, the Debtors have complied with the Rejection Measures outlined above.  In addition, the Debtors have vacated the properties that are covered by the Leases, have surrendered possession of the Premises to the Landlords, and have unequivocally notified each Landlord of their intent to abandon the Premises.  Moreover, the Debtors agree that they will not withdraw this Motion prior to the hearing.  The Debtors submit that, in light of the circumstances, rejection as of the Petition Date is appropriate and equitable.  See April 15, 1998 Tr. at 35, In re Namco Cybertainment, Inc., Case No. 98-00173(PJW)(Bankr. D. Del. 1998) (citing the factors which must be present for rejection of a lease as of the date of service of the lease rejection motion).

21.     In summary, the Debtors believe that the proposed rejection of the Leases is tailored to minimize administrative expenses, maximize distributions to creditors in these chapter 11 cases, and return control of the Premises to the Landlords quickly.  In the exercise of their sound business judgment, the Debtors thus seek authority to reject the Leases effective as of the Petition Date.

**B.      The Bankruptcy Code Authorizes the Abandonment of the Abandoned Property**

22.     Bankruptcy Code section 554(a) provides that "[a]fter notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."  11 U.S.C. § 554(a). Courts give great deference to debtors' decisions to abandon property under Bankruptcy Code section 554.  See In re Vel Rey Props., Inc., 174 B.R. 859, 867 (Bankr. D.D.C.

1994) ("Clearly, the court should give deference to the trustee's judgment in such matters."). Unless the property is harmful to the public, once the debtors have shown that the property is burdensome or of inconsequential value and benefit, the court should approve the abandonment. Id. at 868.

23. The Debtors believe that the costs of moving and storing the Abandoned Property would far outweigh any benefit to their estates. Moreover, the Debtors believe that any efforts to move the Abandoned Property would unnecessarily delay the rejection of the Leases, which would, in turn, increase the amount of administrative expenses incurred by the Debtors in these chapter 11 cases. Therefore, it is in the Debtors' best interests to abandon the Abandoned Property located at the Premises on the Petition Date.

## NOTICE

24. Notice of this Motion shall be given to (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the agent for the Debtors' prepetition lenders; (iii) the Debtors' top thirty (30) largest unsecured creditors on a consolidated basis; (iv) all parties entitled to notice pursuant to Local Rule 9013-1(m); and (v) the Landlords of the Leases listed on Exhibit A hereto.

## NO PRIOR REQUEST

25. No previous request for the relief sought herein has been made to this Court or any other court.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated: Wilmington, Delaware
May 24, 2011

/s/ Mark S. Chehi
Mark S. Chehi (I.D. No. 2855)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
(302) 651-3001

- and –

Mark A. McDermott
J. Gregory Milmoe
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM, LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000

Proposed Counsel for Debtors and Debtors in Possession

## EXHIBIT A

Unexpired Leases Of Nonresidential Real Property

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 18347 | 180 Buffalo Street | Hamburg | NY | 14075 | DeMeo Family Holdings | 5518 Coachman's Lane | Hamburg | NY | 14075 |
| 10233 | 3402-3406 Eatern Avenue | Baltimore | MD | 21224 | Fastax Properties of Baltimore | 2034 Ashleigh Woods Court | Rockville | MD | 20851 |
| 18687 | 14025 Puritas Avenue | Cleveland | OH | 44135 | Puritas Park Plaza LLC | 22736 Vanowen Street | West Hills | CA | 91307 |
| 14052 | 7425 Old Third Street Road | Louisville | KY | 40214 | Hagan Realty Mgmt LLD | 8083 St. Andrews Village Dr. | Louisville | KY | 40241 |
| 15714 | 4105A Taylor Boulevard | Louisville | KY | 40215 | Steven Harris Jr, D.M.D. | 12009 Louisville Road | Cox Creek | KY | 40013 |
| 17850 | 3811 Seventh Street Road | Louisville | KY | 40216 | DSK Holdings LLC | Post Office Box 3451 | Clarksville | IN | 47131 |
| 17894 | 2809 N. Hurstbourne Parkway | Louisville | KY | 40223 | Sawyer Shops LLC | 12975 Shelbyville Road | Louisville | KY | 40243 |
| 19173 | 13106 Shelbyville Road | Louisville | KY | 40243 | Abchil Realty, LLC | 5940 Timber Ridge Drive, #102 | Prospect | KY | 40059 |
| 19211 | 4041 Preston Highway | Louisville | KY | 40213 | Redmond Enterprises | 2900 Falmouth Drive | Louisville | KY | 40205 |
| 13341 | 5531 Roosevelt Boulevard | Jacksonville | FL | 32244 | Venetia Village | 1620 Hendricks Avenue | Jacksonville | FL | 32207 |
| 13900 | 1037 Edgewood Avenue North | Jacksonville | FL | 32254 | Rumco Properties LLC | Post Office Box 12263 | Jacksonville | FL | 32209 |
| 16988 | 3119 Beach Boulevard | Jacksonville | FL | 32207 | Zaidal, Inc. | 1823 Landwood Street | Jacksonville | FL | 32211 |
| 17296 | 700 Edgewood Avenue, Suite 772 | Jacksonville | FL | 32254 | Edmund Terry | 211 Alexander Palm Road | Boca Raton | FL | 33432 |
| 90008 | 184 West Valley Avenue | Birmingham | AL | 35209 | Universal Development Corpl | 180 West Valley Avenue | Birmingham | AL | 35209 |
| 11682 | 5617 Broadway | Cleveland | OH | 44127 | Georgia Properties LP | 27500 Detroit Road, Suite 300 | Westlake | OH | 44145 |
| 12437 | 1044 NW 10th Avenue | Ft. Lauderdale | FL | 33311 | Crown Liquor of Broward | 1015 North Powerline Road | Ft. Lauderdale | FL | 33311 |
| 12275 | 10774 Graitot Avenue | Detroit | MI | 48213 | Pumpkin Investment | 6140 Meadowlark Drive | Detroit | MI | 48085 |
| 15826 | 23548 Van Dyke | Warren | MI | 48089 | Rockhill of Van Dyke, LLC | 23550 Van Dyke | Warren | MI | 48089 |
| 15687 | 3321 Harrison Avenue | Cincinnati | OH | 45211 | Steven Stephens | 3323 Harrison Avenue | Cincinnati | OH | 45211 |
| 18779 | 6601 B Dixie Highway | Fairfield | OH | 45014 | R&B Investments | PO Box 37804 | Cincinnati | OH | 45222 |
| 12251 | 10300 Southside Boulevard | Jacksonville | FL | 32256 | Simon Mall | 7550 Reliable Parkway | Chicago | IL | 60686 |
| 10780 | 1247 Southbrook Mall | Memphis | TN | 38116 | Sharon Kirksey | 1245 Southbrook Mall | Memphis | TN | 38116 |
| 16841 | 1084 South Cooper Street | Memphis | TN | 33104 | Loeb Realty, LP | 825 Valleybrook Drive | Memphis | TN | 38120 |

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 16842 | 4614 Winchester Road | Memphis | TN | 38118 | Loeb Realty, LP | 825 Valleybrook Drive | Memphis | TN | 38120 |
| 19012 | 8390 US Highway 51 North | Millington | TN | 38053 | American Properties Co. LP | 5720 Stage Road, Suite E | Bartlett | TN | 38134 |
| 18328 | 223 Coopers Creek Dr. #19 | Mocksville | NC | 27028 | Commonwealth Group | 500 Henley Street, #200 | Knoxville | TN | 37902 |
| 18903 | 1183 University Drive, #106 | Burlington | NC | 27215 | ZP No. 166, LLC | 111 Princess Street | Wilmington | NC | 28401 |
| 19025 | 4472 Wallburg Landing Drive | Winston Salem | NC | 27107 | K&L Holdings | 3708 Alliance Drive | Greensboro | NC | 27407 |
| 18789 | 107 Pointe South Drive | Randleman | NC | 27317 | BET Investments | 200 Witmer Road, Suite 200 | Horsham | PA | 19044 |
| 10807 | 3164 East Main Street | East Point | GA | 30344 | Tri-Cities East Point LLC | 1355 Terrell Mill Road | Marietta | GA | 30513 |
| 12022 | 4086 Covington Highway | Decatur | GA | 30022 | Interstate Properties | 36468 Emerald Coast Parkway | Destin | FL | 32541 |
| 15644 | 5330 Old National Highway | College Park | GA | 30349 | Farrruk Sohail | 2367 Monte Villa Court | Marietta | GA | 30062 |
| 16246 | 3665 Flat Shoals Road, #F | Decatur | GA | 30034 | SDJ Parks Group | 267 Buetell Street | Norcross | GA | 30071 |
| 18788 | 4920 Flat Shoals Parkway | Decatur | GA | 30034 | Flat Shoals Parkway LLC | 3445 Peachtree Road, #465 | Atlanta | GA | 30326 |
| 18794 | 225 Fairview Road, Suite 103 | Ellenwood | GA | 30294 | Ellenwood LLC | 4585 East Pickard | Mt. Pleasant | MI | 48804 |
| 18815 | 1075 Fairburn Road, Suite 102 | Atlanta | GA | 30331 | Ben Kim Properties, LLC | 210 Interstate North Circle SE #50 | Atlanta | GA | 30339 |
| 18857 | 1115 Mt. Zion Road | Morrow | GA | 30260 | City of Morrow DDA | 1500 Morrow Road | Morrow | GA | 30260 |
| 19267 | 5312 Atlanta Highway | Montgomery | AL | 36109 | Commercial Properties, Inc. | P.O. Box 21099 | Montgomery | AL | 36121 |
| 11985 | 1402 West Fairmont Parkway | LaPorte | TX | 77571 | Fairporte Limited | 2001 Kirby, Suite 502 | Houston | TX | 77019 |
| 17333 | 3819 South Shaver Street | Pasadena | TX | 77504 | Hartman Reit Operating | 2909 Hillcroft, Suite 420 | Houston | TX | 77057 |
| 18344 | 25432 Aldine Westfield Road | Spring | TX | 77373 | Aldine Westfield Retail LLC | 3112 Kirby Drive | Houston | TX | 77098 |
| 14091 | 1534 International Blvd, Suite F | Brownsville | TX | 78580 | Ofelia Lopez | 1534 International Blvd Suite C | Brownsville | TX | 78520 |
| 18777 | 8515 Lyndale Avenue South | Bloomington | MN | 55420 | Bloomington Shoppes Devlp. | 750 Pennsylvania Ave South | Minneapolis | MN | 55426 |
| 19048 | 3603 Round Lake Boulevard, NW, Suite 102 | Anoka | MN | 55303 | Meadow Creek Plaza, LLC | 15600 Wayzata Blvd, Ste 201 | Wayzata | MN | 55391 |
| 19055 | 2443 7th Street West | St. Paul | MN | 55116 | Sibley Plaza, LP | 2443 7th Street | St. Paul | MN | 55114 |

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 14032 | 950 Chelsea Street | El Paso | TX | 79930 | Croucher Family Partnership | 7310 Remcon Circle | El Paso | TX | 79912 |
| 14033 | 7310 Remcon Circle, Suite C | El Paso | TX | 79912 | Croucher Family Partnership | 7310 Remcon Circle | El Paso | TX | 79912 |
| 18456 | 5429 Blanco Road | San Antonio | TX | 78216 | AAN Properties | 11131 Woodridge Bluff | San Antonio | TX | 78249 |
| 18457 | 7069 San Pedro Avenue | San Antonio | TX | 78216 | Northview CJ Park Ltd | 9312 Civic Center Drive | Beverly Hills | CA | 90210 |
| 15926 | 3120 East Tulane Street, Suite 102 | Fresno | CA | 93702 | Roger Leal | 2331 Seacliff Way | San Jose | CA | 95122 |
| 17424 | 947 West Olive Avenue, Unit B | Porterville | CA | 93257 | Cloverland Investment Group | 3745 West 27th Street, Unit D | Los Angeles | CA | 90018 |
| 17688 | 1830 West Caldwell, Suite F | Visalia | CA | 93277 | Madera Development LLC | 585 East Los Angeles Avenue | Simi Valley | CA | 93065 |
| 17960 | 2195 Shaw Avenue | Clovis | CA | 93611 | Catherine Sutherland Trust | 17500 Depot Street, Suite 170 | Morgan Hill | CA | 95037 |
| 19064 | 2590 S. Maple, Suite 102 | Fresno | CA | 93725 | JK Cavalier | 5190 Campus Drive | Newport Beach | CA | 92660 |
| 19067 | 386 W. Ashland Avenue, Unit F | Clovis | CA | 93612 | The Mohr Revocable Living Trust c/o The Lance-Kashian Group | 8385 N. Fresno Street | Fresno | CA | 93720 |
| 19172 | 4385 Neil road, Suite 107 | Reno | NV | 89502 | Buck Norred Stables | 5403 Val Verde Road | Loomis | CA | 95650 |
| 19143 | 1065 Yosemite Avenue | Manteca | CA | 95336 | Dirk Wyatt | 4761 East Service Road | Ceres | CA | 95307 |
| 18683 | 3956 West Slauson Avenue | Los Angeles | CA | | David Saunders | 5018 West 132rd Street | Hawthorne | CA | 90250 |
| 19017 | 8527 East Alondra Blvd, Ste 133 | Paramount | CA | 90723 | Hyung Sung Investments, LLC | 8527 East Alondra Blvd, Suite 133 | Paramount | CA | 90010 |
| 19031 | 5900 West Sunset Blvd | Los Angeles | CA | 90028 | Yebri Investment Co, LLC | 5900 West Sunset Blvd | Los Angeles | CA | 90028 |
| 19101 | 10714 S. Western Avenue, Suite 101B | Los Angeles | CA | 90047 | Infinity Redevelopment, LLC | 1801 Avenue of the Stars, Ste 1035 | Los Angeles | CA | 90067 |
| 11497 | 8440 Farm Road | Las Vegas | NV | 89131 | Farm Road Retail LLC | 1770 North Buffalo, Suite 101 | Las Vegas | NV | 89128 |
| 11992 | 3878 West Sarah Avenue | Las Vegas | NV | 89102 | Valley Oaks Plaza | 3065 South Jones Blvd. | Las Vegas | NV | 89146 |
| 15008 | 4921 West Craig Road | Las Vegas | NV | 89130 | Susa Properties LLC | 3275 S. Jones Blvd, Suite 105 | Las Vegas | NV | 89146 |
| 15101 | 1911 North Carson Street | Carson City | NV | 89701 | North Carson Street LLC | 301 West Washington Street | Carson City | NV | 89703 |

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 15121 | 3211 N. Tenaya Way, Suite 116 | Las Vegas | NV | 89129 | A.M. Properties LLC | 3205 North Tenaya Way | Las Vegas | NV | 89129 |
| 16844 | 3870 East Flamingo Road | Las Vegas | NV | 89121 | Weingarten Nostat, Inc. | 2600 Citadel Plaza Drive | Houston | TX | 77008 |
| 18875 | 4730 Blue Diamond | Las Vegas | NV | 89139 | Blue Diamond Center LLC | 11411 Southern Highland Parkway | Las Vegas | CA | 89141 |
| 16282 | 3100 South Sheridan Blvd. | Denver | CO | 80227 | GRE Bear Valley LLC | 600 Grant Street | Denver | CO | 80203 |
| 16876 | 3625 West Bowles Avenue | Littleton | CO | 80123 | Columbine Center Partners | 2821 South Parker Road | Aurora | CO | 80014 |
| 18289 | 16833 East Iliff Avenue | Aurora | CO | 80013 | ASM Pearl, LLC | 2821 South Parker Road, #215 | Aurora | CA | 80014 |
| 18967 | 9660 East Alameda Avenue, #107 | Denver | CO | 80247 | Windsor Garden Shops | 2810 North Speer Boulevard | Denver | CO | 80211 |
| 12671 | 1521 West St. Mary's Road | Tucson | AZ | 85745 | Tucson St. Mary's LLC | Post Office Box 10 | Scottsdale | AZ | 85252 |
| 18882 | 1980 West River Road, #120 | Tucson | AZ | 85704 | LaCholla & River Road Associa. | 7575 North 16th Street | Phoenix | AZ | 85012 |
| 18902 | 4856 Northfield Road | North Randall | OH | 44128 | SPN Corporation | 3401 Maryland Avenue | Woodmere | OH | 44122 |
| 16846 | 15216 Wyoming Street | Detroit | MI | 48238 | Fenkell & Wyoming Associates, LLC | 15216 Wyoming Street | Detroit | MI | 48238 |
| 17581 | 25319 Van Dyke | Centerline | MI | 48015 | Romany Way Properties, Inc. | 260 East Brown Street | Birmingham | MI | 48009 |
| 17890 | 5710 High Point Road, Suite Z | Greensboro | NC | | Inland Mid-Atlantic PM, LLC | 330 Enterprise Parkway | Beachwood | OH | 44122 |
| 16403 | 2079 Hairston Road | Decatur | GA | 30035 | Developers Diversified Realty Corp. | P.O. Box 534461 | Atlanta | GA | 30353 |
| 15643 | 1510 Southlake Parkway, Ste 1F | Morrow | GA | 30260 | Glenwood Morrow Company, LLC | 16740 Birkdale Commons Parkway, Ste 306 | Huntsville | NC | 28078 |
| 16627 | 2350 Cheshire Bridge Road, Space 202 | Atlanta | GA | 30324 | MCW-RC GA-Lindbergh Crossing LLC | P.O. Box 534249 | Atlanta | GA | 30353 |
| 17648 | 5060 Memorial Drive, citadel Shopping Center | Stone Mountain | GA | 30083 | IPF/Citadel LP | 2727 Paces Ferry Road, Ste 1-1650 | Atlanta | GA | 30353 |

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 18769 | 3489C Chamblee Tucker Road | Chamblee | GA | 30341 | Kimco Income Operating (Embry Village) | 3333 New Hyde Park, Ste. 100 | New Hyde Park | NY | 11042 |
| 18047 | 5560 West Broadway Avenue | Crystal | MN | 55428 | Crystal Gallery Developer | 8085 Wayzata Boulevard, Ste 100 | Minneapolis | MN | 55426 |
| 18996 | 2323 First Street South | Willmar | MN | | Willmar Shoppes Retail Center, LLC c/o Mid America, LLC | 8985 Wayzata Blvd, Ste 100 | Minneapolis | MN | 55426 |
| 17707 | 1300 Sylvan Avenue, Ste C4 | Modesto | CA | 95335 | J-Mar Galleria, LP | 515 Lyell Drive, Ste 100 | Modesto | CA | 95336 |
| 18772 | 17405 Crenshaw Boulevard | Torrance | CA | 90504 | Thomas Carso c/o Consolidated Property Management | 810 Silver Spur Road, Ste E | Rolling Hills Estates | CA | 90274 |
| 18194 | 3070 Countryside Drive | Turlock | CA | 95380 | Monte Vista Crossings, LLC | 1855 Olympic Blvd, Suite 250 | Walnut Creek | CA | 94596 |

898294.04-New York Server 2A - MSW

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re:                              :     Chapter 11
                                    :
JACKSON HEWITT TAX SERVICE          :     Case No. 11-11587 (MFW)
INC., et al.,                       :
                                    :     Jointly Administered
                    Debtors.¹       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## ORDER UNDER 11 U.S.C. §§ 105(a), 365(a) AND 554 AND
## FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF UNEXPIRED
## LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF
## PERSONAL PROPERTY EFFECTIVE AS OF THE PETITION DATE

Upon the motion (the "Motion")[2] of the Debtors for an order (the "Order"),

under Bankruptcy Code sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006,

authorizing the Debtors (i) to reject certain unexpired leases of nonresidential real

property set forth on Exhibit A hereto, including any amendments, modifications,

guaranties, or other agreements related thereto (collectively, the "Leases") located at the

addresses listed on Exhibit A hereto (collectively, the "Premises") effective as of the

Petition Date unless previously terminated by agreement and (ii) to abandon any

equipment, furniture, fixtures, and/or any other personal property that is property of the

estate and located at any of the Premises (the "Abandoned Property") on the Petition

Date; and upon consideration of the O'Brien Declaration; and the Court having reviewed

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows:
Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology
Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc.
(2415), and Hewfant Inc. (0545). The address for each of the Debtors, with the exception of Jackson
Hewitt Technology Services LLC, is 3 Sylvan Way, Parsippany, NJ 07054.  The address for Jackson
Hewitt Technology Services LLC is 501 N. Cattlemen Rd., Sarasota, FL 34232.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the
Motion.

the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is GRANTED.

2.      Subject to the rights of the Landlords identified on <u>Exhibit A</u> hereto to object as set forth herein, the Leases are hereby rejected effective as of the Petition Date, unless previously terminated by agreement.  Any subleases associated with the Leases or the Premises are hereby rejected effective as of the Petition Date.  The Landlords are entitled to immediate possession of the Premises.

3.      Pursuant to Bankruptcy Code section 554, the Debtors are authorized to abandon any and all Abandoned Property located at any of the Premises, and such Abandoned Property is deemed abandoned to the Landlords on the Petition Date.

4.      The Landlords may, in their sole discretion and without further notice, dispose of such Abandoned Property without liability to the Debtors or any third parties claiming an interest in such Abandoned Property.

5.      The Landlords shall retain all rights to seek payment of an administrative expense under Bankruptcy Code section 503(b)(1)(A) for post-rejection use and occupancy, and the Debtors retain their right to challenge any such request on any grounds that applicable nonbankruptcy law or the Bankruptcy Code provides.

6.     A copy of this Motion and Order shall be served by overnight mail on all Landlords listed on Exhibit A hereto within three (3) business days after the date hereof.

7.     If any Landlord objects to the relief granted, such Landlord may file with the Court a written objection (the "Landlord Objection") and serve it so that it is actually received on or before _____, 2011 (the "Landlord Objection Deadline") on the following parties: (a) the Debtors, Jackson Hewitt Tax Service Inc., 3 Sylvan Way, Parsippany, New Jersey 07054, Attn: Steven Barnett, Esq; (b) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn: Mark A. McDermott, Esq. and J. Gregory Milmoe, Esq.; (c) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: [     ], Esq.; (d) the parties listed in the consolidated list of thirty (30) largest unsecured creditors filed by the Debtors in these bankruptcy cases, or if any official committee of unsecured creditors has been appointed, counsel to such committee; (e) counsel to any other official committee appointed in these bankruptcy cases; and (f) counsel to Wells Fargo Bank, N.A., the agent for the prepetition lenders, Reed Smith LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, Pennsylvania 19103, Attn: Matthew E. Tashman, Esq.

8.     If any such Landlord Objection is filed on or before the Landlord Objection Deadline, a hearing on such Landlord Objection will be heard on _____, 2011 at __ __.m.

9.     If no Landlord Objection is filed with respect to a Lease by the Landlord Objection Deadline, this Order shall become final with respect to such Lease immediately after the Landlord Objection Deadline without further Order of this Court.

10.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
         [_____], 2011

_____
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

Unexpired Leases Of Nonresidential Real Property

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 18347 | 180 Buffalo Street | Hamburg | NY | 14075 | DeMeo Family Holdings | 5518 Coachman's Lane | Hamburg | NY | 14075 |
| 10233 | 3402-3406 Eatern Avenue | Baltimore | MD | 21224 | Fastax Properties of Baltimore | 2034 Ashleigh Woods Court | Rockville | MD | 20851 |
| 18687 | 14025 Puritas Avenue | Cleveland | OH | 44135 | Puritas Park Plaza LLC | 22736 Vanowen Street | West Hills | CA | 91307 |
| 14052 | 7425 Old Third Street Road | Louisville | KY | 40214 | Hagan Realty Mgmt LLD | 8083 St. Andrews Village Dr. | Louisville | KY | 40241 |
| 15714 | 4105A Taylor Boulevard | Louisville | KY | 40215 | Steven Harris Jr, D.M.D. | 12009 Louisville Road | Cox Creek | KY | 40013 |
| 17850 | 3811 Seventh Street Road | Louisville | KY | 40216 | DSK Holdings LLC | Post Office Box 3451 | Clarksville | IN | 47131 |
| 17894 | 2809 N. Hurstbourne Parkway | Louisville | KY | 40223 | Sawyer Shops LLC | 12975 Shelbyville Road | Louisville | KY | 40243 |
| 19173 | 13106 Shelbyville Road | Louisville | KY | 40243 | Abchil Realty, LLC | 5940 Timber Ridge Drive, #102 | Prospect | KY | 40059 |
| 19211 | 4041 Preston Highway | Louisville | KY | 40213 | Redmond Enterprises | 2900 Falmouth Drive | Louisville | KY | 40205 |
| 13341 | 5531 Roosevelt Boulevard | Jacksonville | FL | 32244 | Venetia Village | 1620 Hendricks Avenue | Jacksonville | FL | 32207 |
| 13900 | 1037 Edgewood Avenue North | Jacksonville | FL | 32254 | Rumco Properties LLC | Post Office Box 12263 | Jacksonville | FL | 32209 |
| 16988 | 3119 Beach Boulevard | Jacksonville | FL | 32207 | Zaidal, Inc. | 1823 Landwood Street | Jacksonville | FL | 32211 |
| 17296 | 700 Edgewood Avenue, Suite 772 | Jacksonville | FL | 32254 | Edmund Terry | 211 Alexander Palm Road | Boca Raton | FL | 33432 |
| 90008 | 184 West Valley Avenue | Birmingham | AL | 35209 | Universal Development Corpl | 180 West Valley Avenue | Birmingham | AL | 35209 |
| 11682 | 5617 Broadway | Cleveland | OH | 44127 | Georgia Properties LP | 27500 Detroit Road, Suite 300 | Westlake | OH | 44145 |
| 12437 | 1044 NW 10th Avenue | Ft. Lauderdale | FL | 33311 | Crown Liquor of Broward | 1015 North Powerline Road | Ft. Lauderdale | FL | 33311 |
| 12275 | 10774 Graitot Avenue | Detroit | MI | 48213 | Pumpkin Investment | 6140 Meadowlark Drive | Detroit | MI | 48085 |
| 15826 | 23548 Van Dyke | Warren | MI | 48089 | Rockhill of Van Dyke, LLC | 23550 Van Dyke | Warren | MI | 48089 |
| 15687 | 3321 Harrison Avenue | Cincinnati | OH | 45211 | Steven Stephens | 3323 Harrison Avenue | Cincinnati | OH | 45211 |
| 18779 | 6601 B Dixie Highway | Fairfield | OH | 45014 | R&B Investments | PO Box 37804 | Cincinnati | OH | 45222 |
| 12251 | 10300 Southside Boulevard | Jacksonville | FL | 32256 | Simon Mall | 7550 Reliable Parkway | Chicago | IL | 60686 |
| 10780 | 1247 Southbrook Mall | Memphis | TN | 38116 | Sharon Kirksey | 1245 Southbrook Mall | Memphis | TN | 38116 |
| 16841 | 1084 South Cooper Street | Memphis | TN | 33104 | Loeb Realty, LP | 825 Valleybrook Drive | Memphis | TN | 38120 |

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 16842 | 4614 Winchester Road | Memphis | TN | 38118 | Loeb Realty, LP | 825 Valleybrook Drive | Memphis | TN | 38120 |
| 19012 | 8390 US Highway 51 North | Millington | TN | 38053 | American Properties Co. LP | 5720 Stage Road, Suite E | Bartlett | TN | 38134 |
| 18328 | 223 Coopers Creek Dr. #19 | Mocksville | NC | 27028 | Commonwealth Group | 500 Henley Street, #200 | Knoxville | TN | 37902 |
| 18903 | 1183 University Drive, #106 | Burlington | NC | 27215 | ZP No. 166, LLC | 111 Princess Street | Wilmington | NC | 28401 |
| 19025 | 4472 Wallburg Landing Drive | Winston Salem | NC | 27107 | K&L Holdings | 3708 Alliance Drive | Greensboro | NC | 27407 |
| 18789 | 107 Pointe South Drive | Randleman | NC | 27317 | BET Investments | 200 Witmer Road, Suite 200 | Horsham | PA | 19044 |
| 10807 | 3164 East Main Street | East Point | GA | 30344 | Tri-Cities East Point LLC | 1355 Terrell Mill Road | Marietta | GA | 30513 |
| 12022 | 4086 Covington Highway | Decatur | GA | 30022 | Interstate Properties | 36468 Emerald Coast Parkway | Destin | FL | 32541 |
| 15644 | 5330 Old National Highway | College Park | GA | 30349 | Farrruk Sohail | 2367 Monte Villa Court | Marietta | GA | 30062 |
| 16246 | 3665 Flat Shoals Road, #F | Decatur | GA | 30034 | SDJ Parks Group | 267 Buetell Street | Norcross | GA | 30071 |
| 18788 | 4920 Flat Shoals Parkway | Decatur | GA | 30034 | Flat Shoals Parkway LLC | 3445 Peachtree Road, #465 | Atlanta | GA | 30326 |
| 18794 | 225 Fairview Road, Suite 103 | Ellenwood | GA | 30294 | Ellenwood LLC | 4585 East Pickard | Mt. Pleasant | MI | 48804 |
| 18815 | 1075 Fairburn Road, Suite 102 | Atlanta | GA | 30331 | Ben Kim Properties, LLC | 210 Interstate North Circle SE #50 | Atlanta | GA | 30339 |
| 18857 | 1115 Mt. Zion Road | Morrow | GA | 30260 | City of Morrow DDA | 1500 Morrow Road | Morrow | GA | 30260 |
| 19267 | 5312 Atlanta Highway | Montgomery | AL | 36109 | Commercial Properties, Inc. | P.O. Box 21099 | Montgomery | AL | 36121 |
| 11985 | 1402 West Fairmont Parkway | LaPorte | TX | 77571 | Fairporte Limited | 2001 Kirby, Suite 502 | Houston | TX | 77019 |
| 17333 | 3819 South Shaver Street | Pasadena | TX | 77504 | Hartman Reit Operating | 2909 Hillcroft, Suite 420 | Houston | TX | 77057 |
| 18344 | 25432 Aldine Westfield Road | Spring | TX | 77373 | Aldine Westfield Retail LLC | 3112 Kirby Drive | Houston | TX | 77098 |
| 14091 | 1534 International Blvd, Suite F | Brownsville | TX | 78580 | Ofelia Lopez | 1534 International Blvd Suite C | Brownsville | TX | 78520 |
| 18777 | 8515 Lyndale Avenue South | Bloomington | MN | 55420 | Bloomington Shoppes Devlp. | 750 Pennsylvania Ave South | Minneapolis | MN | 55426 |
| 19048 | 3603 Round Lake Boulevard, NW, Suite 102 | Anoka | MN | 55303 | Meadow Creek Plaza, LLC | 15600 Wayzata Blvd, Ste 201 | Wayzata | MN | 55391 |
| 19055 | 2443 7th Street West | St. Paul | MN | 55116 | Sibley Plaza, LP | 2443 7th Street | St. Paul | MN | 55114 |

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 14032 | 950 Chelsea Street | El Paso | TX | 79930 | Croucher Family Partnership | 7310 Remcon Circle | El Paso | TX | 79912 |
| 14033 | 7310 Remcon Circle, Suite C | El Paso | TX | 79912 | Croucher Family Partnership | 7310 Remcon Circle | El Paso | TX | 79912 |
| 18456 | 5429 Blanco Road | San Antonio | TX | 78216 | AAN Properties | 11131 Woodridge Bluff | San Antonio | TX | 78249 |
| 18457 | 7069 San Pedro Avenue | San Antonio | TX | 78216 | Northview CJ Park Ltd | 9312 Civic Center Drive | Beverly Hills | CA | 90210 |
| 15926 | 3120 East Tulane Street, Suite 102 | Fresno | CA | 93702 | Roger Leal | 2331 Seacliff Way | San Jose | CA | 95122 |
| 17424 | 947 West Olive Avenue, Unit B | Porterville | CA | 93257 | Cloverland Investment Group | 3745 West 27th Street, Unit D | Los Angeles | CA | 90018 |
| 17688 | 1830 West Caldwell, Suite F | Visalia | CA | 93277 | Madera Development LLC | 585 East Los Angeles Avenue | Simi Valley | CA | 93065 |
| 17960 | 2195 Shaw Avenue | Clovis | CA | 93611 | Catherine Sutherland Trust | 17500 Depot Street, Suite 170 | Morgan Hill | CA | 95037 |
| 19064 | 2590 S. Maple, Suite 102 | Fresno | CA | 93725 | JK Cavalier | 5190 Campus Drive | Newport Beach | CA | 92660 |
| 19067 | 386 W. Ashland Avenue, Unit F | Clovis | CA | 93612 | The Mohr Revocable Living Trust c/o The Lance-Kashian Group | 8385 N. Fresno Street | Fresno | CA | 93720 |
| 19172 | 4385 Neil road, Suite 107 | Reno | NV | 89502 | Buck Norred Stables | 5403 Val Verde Road | Loomis | CA | 95650 |
| 19143 | 1065 Yosemite Avenue | Manteca | CA | 95336 | Dirk Wyatt | 4761 East Service Road | Ceres | CA | 95307 |
| 18683 | 3956 West Slauson Avenue | Los Angeles | CA |  | David Saunders | 5018 West 132rd Street | Hawthorne | CA | 90250 |
| 19017 | 8527 East Alondra Blvd, Ste 133 | Paramount | CA | 90723 | Hyung Sung Investments, LLC | 8527 East Alondra Blvd, Suite 133 | Paramount | CA | 90010 |
| 19031 | 5900 West Sunset Blvd | Los Angeles | CA | 90028 | Yebri Investment Co, LLC | 5900 West Sunset Blvd | Los Angeles | CA | 90028 |
| 19101 | 10714 S. Western Avenue, Suite 101B | Los Angeles | CA | 90047 | Infinity Redevelopment, LLC | 1801 Avenue of the Stars, Ste 1035 | Los Angeles | CA | 90067 |
| 11497 | 8440 Farm Road | Las Vegas | NV | 89131 | Farm Road Retail LLC | 1770 North Buffalo, Suite 101 | Las Vegas | NV | 89128 |
| 11992 | 3878 West Sarah Avenue | Las Vegas | NV | 89102 | Valley Oaks Plaza | 3065 South Jones Blvd. | Las Vegas | NV | 89146 |
| 15008 | 4921 West Craig Road | Las Vegas | NV | 89130 | Susa Properties LLC | 3275 S. Jones Blvd, Suite 105 | Las Vegas | NV | 89146 |
| 15101 | 1911 North Carson Street | Carson City | NV | 89701 | North Carson Street LLC | 301 West Washington Street | Carson City | NV | 89703 |

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 15121 | 3211 N. Tenaya Way, Suite 116 | Las Vegas | NV | 89129 | A.M. Properties LLC | 3205 North Tenaya Way | Las Vegas | NV | 89129 |
| 16844 | 3870 East Flamingo Road | Las Vegas | NV | 89121 | Weingarten Nostat, Inc. | 2600 Citadel Plaza Drive | Houston | TX | 77008 |
| 18875 | 4730 Blue Diamond | Las Vegas | NV | 89139 | Blue Diamond Center LLC | 11411 Southern Highland Parkway | Las Vegas | CA | 89141 |
| 16282 | 3100 South Sheridan Blvd. | Denver | CO | 80227 | GRE Bear Valley LLC | 600 Grant Street | Denver | CO | 80203 |
| 16876 | 3625 West Bowles Avenue | Littleton | CO | 80123 | Columbine Center Partners | 2821 South Parker Road | Aurora | CO | 80014 |
| 18289 | 16833 East Iliff Avenue | Aurora | CO | 80013 | ASM Pearl, LLC | 2821 South Parker Road, #215 | Aurora | CA | 80014 |
| 18967 | 9660 East Alameda Avenue, #107 | Denver | CO | 80247 | Windsor Garden Shops | 2810 North Speer Boulevard | Denver | CO | 80211 |
| 12671 | 1521 West St. Mary's Road | Tucson | AZ | 85745 | Tucson St. Mary's LLC | Post Office Box 10 | Scottsdale | AZ | 85252 |
| 18882 | 1980 West River Road, #120 | Tucson | AZ | 85704 | LaCholla & River Road Associa. | 7575 North 16th Street | Phoenix | AZ | 85012 |
| 18902 | 4856 Northfield Road | North Randall | OH | 44128 | SPN Corporation | 3401 Maryland Avenue | Woodmere | OH | 44122 |
| 16846 | 15216 Wyoming Street | Detroit | MI | 48238 | Fenkell & Wyoming Associates, LLC | 15216 Wyoming Street | Detroit | MI | 48238 |
| 17581 | 25319 Van Dyke | Centerline | MI | 48015 | Romany Way Properties, Inc. | 260 East Brown Street | Birmingham | MI | 48009 |
| 17890 | 5710 High Point Road, Suite Z | Greensboro | NC | | Inland Mid-Atlantic PM, LLC | 330 Enterprise Parkway | Beachwood | OH | 44122 |
| 16403 | 2079 Hairston Road | Decatur | GA | 30035 | Developers Diversified Realty Corp. | P.O. Box 534461 | Atlanta | GA | 30353 |
| 15643 | 1510 Southlake Parkway, Ste 1F | Morrow | GA | 30260 | Glenwood Morrow Company, LLC | 16740 Birkdale Commons Parkway, Ste 306 | Huntsville | NC | 28078 |
| 16627 | 2350 Cheshire Bridge Road, Space 202 | Atlanta | GA | 30324 | MCW-RC GA-Lindbergh Crossing LLC | P.O. Box 534249 | Atlanta | GA | 30353 |
| 17648 | 5060 Memorial Drive, citadel Shopping Center | Stone Mountain | GA | 30083 | IPF/Citadel LP | 2727 Paces Ferry Road, Ste 1-1650 | Atlanta | GA | 30353 |

| Office Number | Office Address | City | State | Zip | Landlord Name | Landlord Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 18769 | 3489C Chamblee Tucker Road | Chamblee | GA | 30341 | Kimco Income Operating (Embry Village) | 3333 New Hyde Park, Ste. 100 | New Hyde Park | NY | 11042 |
| 18047 | 5560 West Broadway Avenue | Crystal | MN | 55428 | Crystal Gallery Developer | 8085 Wayzata Boulevard, Ste 100 | Minneapolis | MN | 55426 |
| 18996 | 2323 First Street South | Willmar | MN | | Willmar Shoppes Retail Center, LLC c/o Mid America, LLC | 8985 Wayzata Blvd, Ste 100 | Minneapolis | MN | 55426 |
| 17707 | 1300 Sylvan Avenue, Ste C4 | Modesto | CA | 95335 | J-Mar Galleria, LP | 515 Lyell Drive, Ste 100 | Modesto | CA | 95336 |
| 18772 | 17405 Crenshaw Boulevard | Torrance | CA | 90504 | Thomas Carso c/o Consolidated Property Management | 810 Silver Spur Road, Ste E | Rolling Hills Estates | CA | 90274 |
| 18194 | 3070 Countryside Drive | Turlock | CA | 95380 | Monte Vista Crossings, LLC | 1855 Olympic Blvd, Suite 250 | Walnut Creek | CA | 94596 |

898294.04-New York Server 2A - MSW