IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
In re:                              :      Chapter 11
                                    :
JACKSON HEWITT TAX SERVICE      :      Case No. 11-11587 (MFW)
INC., et al.,                     :
                                    :
               Debtors.[1]                 :      Joint Administration Pending
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 25, 2011 AT 1:00 P.M. (EASTERN)**

                Set forth below are the matters scheduled to be heard before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware, on May 25, 2011 beginning at 1:00 p.m. Eastern.[2]

**I.    INTRODUCTION**

Preliminary Remarks and Introduction

1.       Declaration of Daniel P. O'Brien, Chief Financial Officer of Jackson Hewitt Tax Service Inc., in Support of Chapter 11 Petitions and First Day Pleadings (Docket No. 3).

**II.    FIRST DAY PAPERS**

2.       Debtors' Motion for Order Directing Joint Administration Under Fed. R. Bankr. P. 1015(b) and Del. Bankr. L.R. 1015-1 and Waiving Requirements of Fed. R. Bankr. P. 2002(n) (Docket No. 4).

3.       Debtor's Application for Order Under 28 U.S.C. § 156(c), Fed. R. Bankr. P. 2002 and Del. Bankr. L.R. 2002-1(f) Authorizing the Employment and Retention of

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc. (2415), and Hewfant Inc. (0545). The address for each of the Debtors, with the exception of Jackson Hewitt Technology Services LLC, is 3 Sylvan Way, Parsippany, NJ 07054. The address for Jackson Hewitt Technology Services LLC is 501 N. Cattlemen Rd., Sarasota, FL 34232.

[2] A binder containing the first day pleadings was provided to the Court on May 24, 2011.

The Garden City Group, Inc. as Noticing and Balloting Agent *Nunc Pro Tunc* to the Petition Date (Docket No. 5).

4. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 363, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Maintenance of Existing Bank Accounts, (II) Authorizing Use of Existing Business Forms and (III) Authorizing Use of Existing Cash Management System (Docket No. 6).

5. Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105 and 345 and Del. Bankr. L.R. 2015-2(b) Waiving Investment and Deposit Requirements (Docket No. 7).

6. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 363, 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 Authorizing Debtors to Pay Prepetition Wages, Other Compensation and Employee Benefits (Docket No. 8).

7. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 363, 506(a), 507(a)(8) and 541 and Fed. R. Bankr. P. 6003 Authorizing, but Not Directing, Debtors to (I) Pay Certain Prepetition Taxes and Regulatory Fees and (II) Honor Surety Bond Obligations and Continue to Pay All Obligations Arising Thereunder (Docket No. 11).

8. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 363 and 366 and Fed. R. Bankr. P. 6003 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service and (IV) Authorizing Debtors to Pay Prepetition Obligations to Utility Companies in the Ordinary Course of Business (Docket No. 9).

9. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 363, 558, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 Authorizing the Debtors to Honor Existing Customer and Franchisee Programs and Obligations in the Ordinary Course of Business (Docket No. 10).

10. Debtors' Motion for Order Under 11 U.S.C. §§ 105, 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing Debtors (I) to Maintain Existing Insurance Policies and to Pay All Insurance Obligations Arising Thereunder and (II) to Renew, Revise, Extend, Supplement, Change or Enter into New Insurance Policies (Docket No. 12).

11. Debtors' Motion for Interim and Final Stipulated Orders Under 11 U.S.C. §§ 361, 363 and 507(b), Fed. R. Bankr. P. 4001(b) and Del. Bankr. L.R. 4001-2 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief (Docket No. 17).

12. Debtors' Motion Under 11 U.S.C. §§ 102, 105, 341, 1125, 1126 and 1128, Fed. R. Bankr. P. 2002, 3017, 3018 and 3020 and Del. Bankr. L.R. 3017-1 (I) for Order (A) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Plan, (B) Approving Form and Manner of Notice of Combined Hearing and Commencement of the Chapter 11 Cases, (C) Establishing Procedures for Objecting to Disclosure Statement and Plan and (D) Waiving Requirement for Meeting of Creditors and (II) for Order (A) Approving Prepetition Solicitation Procedures, (B) Approving Adequacy of Disclosure Statement and (C) Confirming Plan of Reorganization (Docket No. 14).

You can direct your questions regarding the above referenced documents or any other matter to Jackson Hewitt Tax Service Inc.'s dedicated case information line, 1-888-425-6985.

Dated: Wilmington, Delaware
       May 24, 2011

*/s/ Mark S. Chehi*
Mark S. Chehi (I.D. No. 2855)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
(302) 651-3001

- and –

Mark A. McDermott
J. Gregory Milmoe
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000

Proposed Counsel for Debtors and Debtors in Possession