IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JACKSON HEWITT TAX SERVICE INC. | : | Case No. 11-11587 (MFW) |
| | : | |
| 3 Sylvan Way 3rd Floor | : | |
| Parsippany, NJ 07054 | : | |
| | : | |
| Debtor. | : | Tax I.D. No. (20-0779692) |

## NOTICE OF FILING OF AMENDED AND RESTATED CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

PLEASE TAKE NOTICE that on May 24, 2011, the above-captioned debtor filed an Amended and Restated Consolidated List of Creditors Holding 30 Largest Unsecured Claims, dated as of May 24, 2011, attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that copies of pleadings filed in the Debtors' chapter 11 cases may be obtained through PACER on the court's website: https://ecf.deb.uscourts.gov (registration required) or free of charge through the Debtors' bankruptcy website, http://www.jacksonhewittcaseinfo.com.

Dated: Wilmington, Delaware
       May 24, 2011

/s/ *Mark S. Chehi*
Mark S. Chehi (I.D. No. 2855)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
(302) 651-3001

- and –

Mark A. McDermott
J. Gregory Milmoe
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000

Proposed Counsel for Debtors and Debtors in Possession

## Exhibit A

**Consolidated List of Creditors**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                    :    Chapter 11
                                          :
JACKSON HEWITT TAX SERVICE                :    Case No. 11-11587 (MFW)
INC.                                      :
                                          :
3 Sylvan Way 3rd Floor                    :
Parsippany, NJ 07054                      :
                                          :
Debtor.                                   :    Tax I.D. No. (20-0779692)
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

## AMENDED AND RESTATED CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Set forth below is an amended and restated list of creditors holding the 30 largest unsecured claims against Jackson Hewitt Tax Service Inc. and its subsidiaries (collectively, the "Debtors")[1], as of approximately May 20, 2011. This list has been prepared on a consolidated basis, based upon the books and records of the Debtors. The information presented in the list below shall not constitute an admission by, nor is it binding on, the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc. (2415), and Hewfant Inc. (0545).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim |
|---|---|---|---|---|
| *Harper v Jackson Hewitt, Inc.*<br>Counsel:<br><br>Brain A. Glasser; John W. Barrett; Eric B. Snyder; and Jonathan R. Marshall<br>Bailey & Glasser LLP<br>227 Capitol Street<br>Charleston, West Virginia 25301 | P: (304) 345-6555<br>F: (304) 342-1110<br>JBarrett@baileyglasser.com;<br>ESnyder@baileyglasser.com | Litigation | Contingent, Unliquidated, Disputed | |
| *Alicia Gomez v. Jackson Hewitt, Inc.*<br>Counsel:<br><br>1) Daniel A. Katz<br>   8601 Georgia Avenue, Suite 604<br>   Silver Spring, MA 20910<br><br>2) Nicole T. Fiorelli and Patrick J. Perotti<br>   Dworken & Bernstein Co., L.P.A.<br>   60 South Park Place,<br>   Painesville, OH 44077<br><br>3) Ronald I. Frederick<br>   Ronald Frederick & Associates Co., L.P.A.<br>   55 Public Square, 13th Floor, Suite 1300<br>   Cleveland, OH 44113<br><br>4) John Roddy and Elizabeth Ryan<br>   Roddy Klein & Ryan<br>   727 Atlantic Avenue, 2nd Floor<br>   Boston, MA 02111 | 1) P: (301) 563-6685<br>   F: (301) 563-6681<br>   dkatz@a-f.net<br><br>2) P: (440) 352-3391<br>   F: (440) 352-3469<br>   pperotti@dworkenlaw.com;<br>   Nfiorelli@dworkenlaw.com<br><br>3) P: (216) 502-1055<br>   F: (216) 566-9400<br>   ronf@clevelandconsumerlaw.com<br><br>4) P: (617) 357-5500<br>   F: (617) 357-5030<br>   roddy@roddykleinryan.com;<br>   ryan@roddykleinryan.com | Litigation | Contingent, Unliquidated, Disputed | |
| *Fugate v. Jackson Hewitt Inc.*<br>Counsel:<br><br>1) Bert S. Braud<br>   The Popham Law Firm<br>   323 West 8th Street, Suite 200<br>   Kansas City, MO 64105<br><br>2) Nicole T. Fiorelli and Patrick J. Perotti<br>   Dworken & Bernstein Co., L.P.A.<br>   60 South Park Place<br>   Painesville, OH 44077<br><br>3) John Roddy<br>   Roddy Klein & Ryan<br>   727 Atlantic Avenue, 2nd Floor<br>   Boston, MA 02111 | 1) P: (816) 221-2288<br>   F: (816) 221-3999<br>   bbraud@pophamlaw.com<br><br>2) P: (440) 352-3391<br>   F: (440) 352-3469<br>   pperotti@dworkenlaw.com;<br>   Nfiorelli@dworkenlaw.com<br><br>3) P: (617) 357-5500<br>   F: (617) 357-5030<br>   roddy@roddykleinryan.com | Litigation | Contingent, Unliquidated, Disputed | |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim |
|---|---|---|---|---|
| *Carriere v. Jackson Hewitt Tax Service Inc., Jackson Hewitt Inc., and 1040, Inc. d/b/a Jackson Hewitt Tax Service*<br>Counsel:<br><br>Bryan C. Shartle, Esq., David Israel, Esq., Justin Harris Homes, Esq., Michael D. Alltmont, Esq.<br>Sessions, Fishman , Nathan & Israel, LLP<br>Lakeway Two, 3850 N. Causeway Blvd., Suite 200<br>Metairie, LA  70002 | P: (504) 828-3700<br>F: (504) 828-3737<br>bshartle@sessions-law.biz;<br>disrael@sessions-law.biz;<br>jhomes@sessions-law.biz;<br>malltmont@sessions-law.biz | Litigation | Contingent, Unliquidated, Disputed | |
| Mid-Atlantic Fastax, LLC<br>Attention: Sohail Ali<br>2307 Huntcrest Way<br>Lawrenceville, GA 30043 | P: (770)295-9377<br>F: ( 678)826-0990<br>sohailali55@hotmail.com | Contract | Unliquidated | |
| Zimmerman Advertising Inc.<br>Attn: Kevin Brown<br>2200 W. Commercial Blvd.<br>Ft. Lauderdale, FL  33309 | P: (954) 644-4000<br>F: (954) 644-6127<br>KevinBrown@zadv.com | Trade | | $236,358 |
| Brennen O'Brien, Danamichele<br>5169 Oxford Drive<br>Sarasota, FL  34242 | dbrennen_qg@yahoo.com | Severance | | $193,654 |
| Working Solutions<br>Attn: Linda Bender<br>1820 Preston Park Blvd, Suite 2000<br>Plano, TX  75093 | P: (972) 964-4800<br>F: (972) 964-4802<br>lbender@working sol.com | Trade | | $131,602 |
| Fastax Properties of Baltimore<br>2034 Ashleigh Woods Court<br>Rockville, MD  20851 | | Lease Rejection | Unliquidated | $70,188 |
| Champion Solutions Group<br>Attn: Pam Dixon<br>791 Park of Commerce Blvd., Suite 200<br>Boca Raton, FL  33487 | P: (800) 771-7000<br>F: (561) 997-4043<br>pdixon@championsg.com | Trade | | $54,789 |
| Croucher Family Partnership<br>7310 Remcon Circle<br>El Paso, TX  79912 | P: (915) 585-3176<br>F: (915) 539-8299 | Lease Rejection | Unliquidated | $53,282 |
| Farrruk Sohail<br>2367 Monte Villa Court<br>Marietta, GA  30062 | P: (404) 291-4200<br>sohailcpa@aol.com | Lease Rejection | Unliquidated | $52,800 |
| Blue Diamond Center LLC<br>11411 Southern Highland Parkway<br>Las Vegas, CA  89141 | P: (702) 220-6565<br>F: (702) 220-6566 | Lease Rejection | Unliquidated | $51,702 |
| Developers Diversified Realty Corp.<br>P.O. Box 534461<br>Atlanta, GA  30353 | P: (404) 504-6717<br>F: (404) 262-3324 | Lease Rejection | Unliquidated | $45,723 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim |
|---|---|---|---|---|
| Simon Mall<br>7550 Reliable Parkway<br>Chicago, IL 60686 | P: (317) 263-2274 | Lease Rejection | Unliquidated | $45,129 |
| Bloomington Shoppes Devlp<br>750 Pennsylvania Ave South<br>Minneapolis, MN 55426. | P: (763) 513-5542<br>F: (763) 513-5517 | Lease Rejection | Unliquidated | $44,745 |
| Cooperkatz & Company Inc.<br>Attn: Jennifer Garcia<br>205 Lexington Avenue, 5th Fl.<br>New York, NY 10016 | P: (917) 595-3030<br>F: (917) 326-8997<br>jgarcia@cooperkatz.com | Trade | | $43,882 |
| Monte Vista Crossings, LLC<br>1855 Olympic Blvd, Suite 250<br>Walnut Creek, CA 94596 | P: (925) 933-4000<br>F: (925) 933-4150<br>terid@hallequitiesgroup.com | Lease Rejection | Unliquidated | $41,094 |
| Farm Road Retail LLC<br>1770 North Buffalo, Suite 101<br>Las Vegas, NV 89128 | P: (702) 220-4500<br>F: (702) 220-4900 | Lease Rejection | Unliquidated | $40,764 |
| 1) NYSE Euronext<br>   Attn: General Counsel's Office<br>   11 Wall Street<br>   New York, NY 10005<br><br>2) NYSE Euronext<br>   Attn: Shannon Rochford, Director, Global Corporate Client Group<br>   20 Broad St., 16th Fl.<br>   New York, NY 10005 | 1) P: (212) 656-3000<br><br><br><br>2) P: (212) 656-5086<br>   srochford@nyx.com | Trade | | $39,177 |
| MCW-RC GA-Lindbergh Crossing LLC<br>P.O. Box 534249<br>Atlanta, GA 30353 | P: (404) 575-3260<br>F: (404) 869-7537 | Lease Rejection | Unliquidated | $36,393 |
| Valley Oaks Plaza<br>3065 South Jones Blvd.<br>Las Vegas, NV 89146 | P: (702) 388-1800<br>F: (702) 388-1010 | Lease Rejection | Unliquidated | $36,000 |
| Crystal Gallery Developer<br>8085 Wayzata Boulevard, Ste 100<br>Minneapolis, MN 55426 | P: (763) 450-9001<br>F: (763) 847-6633<br>mattr@parkmidwest.com | Lease Rejection | Unliquidated | $33,649 |
| Willmar Shoppes Retail Center, LLC c/o Mid America, LLC<br>8985 Wayzata Blvd, Ste 100<br>Minneapolis, MN 55426 | P: (763) 847-6675<br>F: (763) 847-6633<br>mattr@parkmidwest.com | Lease Rejection | Unliquidated | $33,034 |
| Thomas Carso c/o Consolidated Property Management<br>810 Silver Spur Road, Ste E<br>Rolling Hills Estates, CA 90274 | P: (310) 544-0128<br>F: (310) 544-8233 | Lease Rejection | Unliquidated | $32,964 |
| Yebri Investment Co, LLC<br>5900 West Sunset Blvd.<br>Los Angeles, CA 90028 | P: (310) 428-4053<br>F: (310) 276-8667 | Lease Rejection | Unliquidated | $32,772 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, email address, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim |
|---|---|---|---|---|
| Sawyer Shops LL<br>12975 Shelbyville Road<br>Louisville, KY  40243C | P: (502) 245-8800<br>mark@haganproperties.com | Lease Rejection | Unliquidated | $32,760 |
| The Mohr Revocable Living Trust c/o The Lance-Kashian Group<br>8385 N. Fresno Street<br>Fresno, CA  93720 | | Lease Rejection | Unliquidated | $32,552 |
| LaCholla & River Road Associa.<br>7575 North 16th Street<br>Phoenix, AZ  85012 | P: (602) 956-8254<br>mike@wmgraceco.com | Lease Rejection | Unliquidated | $32,236 |
| ZP No. 166, LLC<br>111 Princess Street<br>Wilmington, NC  28401 | P: (910) 762-1999<br>F: (910) 763-0379<br>donnadickens@zdc.com | Lease Rejection | Unliquidated | $32,186 |

**DECLARATION REGARDING THE AMENDED AND RESTATED
CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST
UNSECURED CLAIMS AGAINST THE DEBTORS**

       I, Daniel P. O'Brien, Executive Vice President, Chief Financial Officer and Treasurer of Jackson Hewitt Tax Service Inc., the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my knowledge, information and belief.

Date: May 24, 2011

                            By:    */s/ Daniel S. O'Brien*
                                    Daniel P. O'Brien
                                    Executive Vice President,
                                    Chief Financial Officer and Treasurer