IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                :
In re:                          :  Chapter 11
                                :
JACKSON HEWITT TAX SERVICE      :  Case No. 11-11587 (MFW)
INC., et al.,                   :
                                :  Jointly Administered
        Debtors.[1]             :
------------------------------- x  Related Docket No. 14

ORDER UNDER 11 U.S.C. §§ 102, 105, 341, 1125, 1126 AND 1128, FED. R. BANKR. P. 2002, 3017, 3018 AND 3020 AND DEL. BANKR. L.R. 3017-1 (A) SCHEDULING COMBINED HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND CONFIRMATION OF PLAN, (B) APPROVING FORM AND MANNER OF NOTICE OF COMBINED HEARING AND COMMENCEMENT OF THE CHAPTER 11 CASES, (C) ESTABLISHING PROCEDURES FOR OBJECTING TO DISCLOSURE STATEMENT AND PLAN AND (D) WAIVING REQUIREMENT FOR MEETING OF CREDITORS

Upon the motion (the "Motion")[2] of the Debtors pursuant to sections 102, 105, 341, 1125, 1126 and 1128 of the Bankruptcy Code, Rules 2002, 3017, 3018 and 3020 of the Bankruptcy Rules, and Rule 3017-1(b) of the Local Rules for entry of an order (a) scheduling a combined hearing on the adequacy of the Disclosure Statement and confirmation of the Plan (the "Combined Hearing"), (b) approving the form and manner of notice of the Combined Hearing and commencement of the chapter 11 cases, (c) approving the procedures for objecting to the adequacy of the Disclosure Statement and confirmation of the Plan, and (d) waiving the requirement for meeting of creditors; and the Court having reviewed the Motion, the O'Brien

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc. (2415), and Hewfant Inc. (0545). The address for each of the Debtors, with the exception of Jackson Hewitt Technology Services LLC, is 3 Sylvan Way, Parsippany, NJ 07054. The address for Jackson Hewitt Technology Services LLC is 501 N. Cattlemen Rd., Sarasota, FL 34232.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Declaration and the Finegan Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is GRANTED as set forth herein.

2. The Combined Hearing (at which time the Court will consider, among other things, the adequacy of the Disclosure Statement and confirmation of the Plan), will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in courtroom 4 of the United States Bankruptcy Court for the District of Delaware, on July [8], 2011 at 11:30 AM ~~1:00 p.m.~~ (Eastern time). The Combined Hearing may be continued from time to time by the Court without further notice.

3. The form of Combined Notice is APPROVED, and the Debtors shall begin to mail or cause to be mailed a copy of the Combined Notice, in substantially the form attached hereto as Schedule A, no later than one business day after the entry of this Scheduling Order upon all of the Debtors' known creditors and equity security holders of record as of May 24, 2011.

4. The Debtors shall also cause the Combined Notice to begin to be mailed no later than one business day after entry of this Scheduling Order upon the state attorneys general of all fifty states, and the known plaintiffs and known plaintiffs' counsel in any currently pending litigation, including RAL-related litigation. Additionally, the proposed expanded publication notice for unknown claimants is APPROVED on an interim basis, in the manner described in the Motion and constitutes due and proper notice to all unknown claimants.

5. The deadline by which objections to the expanded publication notice must be filed is [June 15], 2011 at [4:00 p.m.] (ET). A final hearing, if required, on the expanded publication will be held on [June 22], 2011 at 10:30 a.m. (ET). ~~If no objections are filed to the expanded publication notice, the expanded publication notice shall be deemed approved without further notice or a hearing~~.

6. Any objections to the approval of the Disclosure Statement, adequacy of the Disclosure Statement, or confirmation of the Plan must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, together with proof of service thereof, and served by personal service or by overnight delivery, so as to be <u>ACTUALLY RECEIVED</u> no later than 4:00 p.m. (prevailing Eastern time) on June 30, 2011 ("the Objection Deadline") by (i) the Debtors, Jackson Hewitt Tax Service Inc., 3 Sylvan Way, Parsippany, New Jersey, 07054 Attn: Steven Barnett, Esq., e-mail: steven.barnett@jtax.com, fax: (973) 630-0702; (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn: J. Gregory Milmoe, Esq., e-mail: gregory.milmoe@skadden.com, fax: (917) 777-3770, and Mark A. McDermott, Esq., e-mail: mark.mcdermott@skadden.com, fax: (917) 777-2290, and Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899, Attn: Mark S. Chehi, Esq., e-mail: mark.chehi@skadden.com, fax: (302) 574-3160, and Ian S. Fredericks, Esq., e-mail: ian.fredericks@skadden.com, fax: (302) 434-3028; (iii) the Office of the United States Trustee for the District of Delaware, Attn: Jane Leamy, Esq., e-mail: jane.m.leamy@usdoj.gov, fax: (302) 573-6497; (iv) the parties listed in the consolidated list of thirty (30) largest unsecured creditors filed by the Debtors in these bankruptcy cases, or if any official committee of unsecured creditors has been appointed, counsel to such committee; (v) counsel to the Agent under the Existing Credit Agreement, Reed Smith LLP, 2500 One Liberty

Place, 1650 Market Street, Philadelphia, Pennsylvania 19103, Attn: Matthew E. Tashman, Esq., e-mail: mtashman@reedsmith.com, fax: (215) 851-1420; and (vi) counsel to Bayside Capital, Inc., Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, NY 10005-1413, Attn: Dennis F. Dunne, Esq., e-mail: ddunne@milbank.com, fax: (212) 822-5770.

7. In addition, any objections to the Disclosure Statement or confirmation of the Plan must:

   (a) be in writing;

   (b) comply with the Bankruptcy Rules, the Local Bankruptcy Rules, Chambers' procedures and other case management rules and orders of this Court;

   (c) state the name and address of the objecting party, and the nature and amount of any claim or interest asserted by the objecting party against the estate or property of the Debtors; and

   (d) state with particularity the legal and factual basis for such objection;

8. Any objections not timely filed and served in the manner set forth in this Scheduling Order may not be considered and may be overruled.

9. The notice procedures set forth above constitute good and sufficient notice of the Combined Hearing and the commencement of the chapter 11 cases and the deadline and procedures for objecting to the adequacy of the Disclosure Statement and confirmation of the Plan, and no other or further notice shall be necessary.

10. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this order.

11. The U.S. Trustee shall not be required to schedule a meeting of creditors pursuant to section 341(a) of the Bankruptcy Code unless a Plan is not confirmed in these cases within sixty (60) days of the Petition Date.

12. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

Dated: Wilmington, Delaware
      May 25, 2011

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE