UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Jackson Hewitt Tax Service Inc., *et al*. | : | Case No. 11-11587 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

Pursuant to section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Christian and Elizabeth Harper**, Attn: Eric B. Snyder, Bailey & Glasser, LLP, 209 Capitol Street, Charleston, WV 25301, Phone: (304) 345-6555, Fax: (304) 342-1110

2. **RR Donnelley & Sons Company**, Attn: Dan Pevonka, Moore Wallace North America, 3075 Highland Parkway, Downers Grove, IL 605154, Phone: (630) 322-6931, Fax: (630) 322-6873

3. **Sherita Fugate**, Attn: Mark A. Chavez, Chavez & Getler LLP, 42 Miller Avenue, Mill Valley, CA 9494, Phone: (415) 381-5599, Fax: (415) 381-5572

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

DATED: June 16, 2011

Attorney assigned to this Case: Tiiara N. A. Patton, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Ian S. Fredericks, Esquire, Phone: (302) 651-3028, Fax: (888) 329-9475