# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JACKSON HEWITT TAX SERVICE INC., | ) | Case No. 11-11587 (MFW) |
| *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Duane Morris LLP hereby appears in the above-referenced Chapter 11 case as *proposed* attorneys for the Official Committee of Unsecured Creditors, and pursuant to Bankruptcy Rules 2002 and 9010, request that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and facsimile numbers:

Michael R. Lastowski
Christopher M. Winter
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail:mrlastowski@duanemorris.com
      cmwinter@duanemorris.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

Unsecured Creditors Committee's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Unsecured Creditors Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

| | |
|---|---|
| Dated: June 17, 2011<br>Wilmington, Delaware | */s/ Christopher M. Winter*<br>Michael R. Lastowski (DE 3892)<br>Christopher M. Winter (DE 4163)<br>Duane Morris LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br><br>Proposed *Counsel to the*<br>*Official Committee of Unsecured Creditors* |