**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Jackson Hewitt Tax Service Inc., *et al*. | : | Case No. 11-11587 (MFW) |
| | : | |
| | : | FIRST AMENDED NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ------------------------------------------------------ | : | CREDITORS* |

Pursuant to section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Christian and Elizabeth Harper.**, Attn: Eric B. Snyder, Bailey & Glasser, LLP, 209 Capitol Street, Charleston, WV 25301, Phone: (304) 345-6555, Fax: (304) 342-1110

2. **Sherita Fugate**, Attn: Mark A. Chavez, Chavez & Getler LLP, 42 Miller Avenue, Mill Valley, CA 94941, Phone: (415) 381-5599, Fax: (415) 381-5572

3. **Fastax Properties of Baltimore**, Attn: Sohail Ali, 2034 Ashleigh Woods Court, Rockville, MD 20851, Phone: (770) 295-9377, Fax: (678) 826-0990


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Tiiara N. A. Patton, for
T. PATRICK TINKER
ASSISTANT U.S. TRUSTEE

DATED: June 30, 2011

Attorney assigned to this Case: Tiiara N. A. Patton, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Ian S. Fredericks, Esquire, Phone: (302) 651-3028, Fax: (888) 329-9475

*Amended to reflect the resignation of RR Donnelley & Sons Company on June 22, 2011, and the addition of Fastax Properties of Baltimore as of June 30, 2011.