IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
In re: : Chapter 11
: 
JACKSON HEWITT TAX SERVICE : Case No. 11-11587 (MFW)
INC., et al., :
: 
Debtors.[1] : Jointly Administered
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF ADJOURNMENT OF HEARING ON ADEQUACY OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN

PLEASE TAKE NOTICE that a hearing (the "Hearing") to consider (i) confirmation of the Joint Prepackaged Plan of Reorganization of Jackson Hewitt Tax Service Inc. and Subsidiaries (the "Plan")[2] [Docket No. 15] and (ii) the adequacy of the information contained in the Disclosure Statement [Docket No. 16] filed by the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases has been adjourned and will be held before the Honorable Mary F. Walrath in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court") on **August 8, 2011 at 9:30 a.m. (ET)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that the Hearing may be adjourned thereafter from time to time without further notice to claimants and other parties in interest other than the announcement of the adjourned date at the Hearing or any other hearing thereafter.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc. (2415), and Hewfant Inc. (0545). The address for each of the Debtors, with the exception of Jackson Hewitt Technology Services LLC, is 3 Sylvan Way, Parsippany, NJ 07054. The address for Jackson Hewitt Technology Services LLC is 501 N. Cattlemen Rd., Sarasota, FL 34232.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Plan.

PLEASE TAKE FURTHER NOTICE that copies of the pleadings filed in these chapter 11 cases can be obtained by using the Bankruptcy Court's electronic case filing system at http://www.deb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website: http://pacer.psc.uscourts.gov) or for free on the website maintained by the Debtors' noticing agent at http://www.jacksonhewittcaseinfo.com.

Dated: Wilmington, Delaware
July 6, 2011

*/s/ Ian S. Fredericks*
Mark S. Chehi (I.D. No. 2855)
Ian S. Fredericks (I.D. No. 4626)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
(302) 651-3001

- and -

Mark A. McDermott
J. Gregory Milmoe
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM, LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000

Counsel for Debtors and Debtors in Possession