# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | Jackson Hewitt Tax Service Inc. | | |
| **Case Number:** | 11-11587-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JULY 08, 2011 11:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

1) Confirmation
   **R / M #:**   257 / 0
   **VACATED:  Cont'd to 8/8/11**

2) Omnibus
   **R / M #:**   0 / 0

## *Appearances:*

See Attached

## *Proceedings:*

Agenda Matters:
 Items 1-3 - Continued.
 Item 4 - Order Entered.