**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JACKSON HEWITT TAX SERVICE INC., | ) | Case No. 11-11587 (MFW) |
| *et al*., | ) |  |
|  | ) | Jointly Administered |
| Debtors.[1] | ) |  |
|  | ) | Re:  Docket No. 275 |

**CERTIFICATION OF NO OBJECTION
<u>REGARDING DOCKET NO. 275</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Approving the Employment and Retention of BDO Consulting as Financial Advisors Nunc Pro Tunc to June 20, 2011* [D.I. 275] (the "<u>Application</u>").

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice filed and served with the Application, objections to the Application were to be filed and served no later than July 18, 2011 at 4:00 p.m. (Prevailing Eastern Time) (with an extension given only to the Office of the United States Trustee until July 22, 2011 at 4:00 p.m. (Prevailing Eastern Time)).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Jackson Hewitt Tax Service Inc. (9692), Jackson Hewitt Inc. (9705), Jackson Hewitt Technology Services LLC (2409), Tax Services of America, Inc. (7427), Jackson Hewitt Corporate Services Inc. (2415), and Hewfant Inc. (0545).  The address for each of the Debtors, with the exception of Jackson Hewitt Technology Services LLC, is 3 Sylvan Way, Parsippany, NJ 07054.  The address for Jackson Hewitt Technology Services LLC is 501 N. Cattlemen Rd., Sarasota, FL 34232.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: July 22, 2011　　　　　　　　　　　　/s/ Christopher M. Winter
      Wilmington, Delaware　　　　　　　Michael R. Lastowski (DE 3892)
                                           Christopher M. Winter (DE 4163)
                                         Duane Morris LLP
                                         222 Delaware Avenue, Suite 1600
                                         Wilmington, DE 19801-1659
                                         Telephone: (302) 657-4900
                                         Facsimile: (302) 657-4901

                                         Proposed *Counsel to the*
                                         *Official Committee of Unsecured Creditors*

2