# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Jackson Hewitt Tax Service Inc. | | |
| **Case Number:** | 11-11587-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 08, 2011 09:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Confirmation

**R / M #:**   377 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Item 1 - Withdrawn
- Item 2 - Order entered
- Item 3 - Order entered
- Item 4 - Order approving stipulation resolving objection to confirmation entered.
    Order approving manner of notice of combined hearing and commencement of chapter 11 cases entered.
    Confirmation Order due under Certification of Counsel.